**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                               **CRIMINAL ACTION NO. 2:09CR65**

**GABRIEL GUYTON**

## ORDER

This cause is before the Court on the defendant's Motion to Continue Sentencing Date [91]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

Guyton seeks to continue the hearing because Congress is currently considering a bill which might ultimately affect Guyton's sentence. This Court routinely denies such motions. It is impossible to predict whether or not a specific bill will become law or the length of time required for Congress to make such a decision.

Further, Guyton's violation of the law occurred while the current sentencing mandates were in place. Guyton may, in the long run, benefit from a change in the law, but he is not entitled to delay his sentencing until such a benefit is available.

The Court has considered the additional ground asserted in support of a continuance and finds it an insufficient basis for relief under the circumstances. Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant Guyton's Motion to Continue Sentencing Date [91] is not well-taken and should be, and hereby is, DENIED.